## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :   CHAPTER 13
JOSEPH A. CANUSO

                                                        :   BANKRUPTCY NO.: 15-16198  JKF


### CERTIFICATION  OF NO RESPONSE


    I, James J. O'Connell, Esquire, counsel for debtor(s) in the above captioned matter, do hereby certify that I have received neither an objection to the proposed compensation nor any additional application for administrative expenses.


                                          **/s/ James J. O'Connell**
                                          James J. O'Connell, Esquire
                                          Attorney for Debtor

7/21/2016