# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                : CHAPTER 13
JOSEPH A. CANUSO
                                                                      : BANKRUPTCY NO.: 15-16198 JKF

## ORDER

AND NOW, this 18th day of July, 2016 upon consideration of "Application of Debtor(s) Counsel for Approval of Counsel Fees" submitted by James J. O'Connell, Esquire, counsel for debtor(s), and after notice, it is hereby

ORDERED that counsel fees in the amount of $4406.50 less $1.00 already paid are approved as fair, reasonable and necessary in connection with this case.

_____
JEAN K. FITZSIMON BJ