United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph A. Canuso  
      Debtor

Case No. 15-16198-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jul 19, 2016  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2016.
db          +Joseph A. Canuso,   2751 Pennsylvania Avenue,   #B 109,   Philadelphia, PA 19130-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2016 at the address(es) listed below:
        GLENN M. ROSS    on behalf of Creditor    Greenshire On The Park Condominium Assn.  glennrosspc@comcast.net  
        JAMES J. O'CONNELL    on behalf of Debtor Joseph A. Canuso jamesjoconnell@verizon.net  
        JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc  Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: : CHAPTER 13
JOSEPH A. CANUSO

: BANKRUPTCY NO.: 15-16198 JKF

**ORDER**

AND NOW, this 18th day of July, 2016 upon consideration of "Application of Debtor(s) Counsel for Approval of Counsel Fees" submitted by James J. O'Connell, Esquire, counsel for debtor(s), and after notice, it is hereby

ORDERED that counsel fees in the amount of $4406.50 less $1.00 already paid are approved as fair, reasonable and necessary in connection with this case.

_____
JEAN K. FITZSIMON BJ